M.H. v Sayegh (2026 NY Slip Op 01720)

M.H. v Sayegh

2026 NY Slip Op 01720

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, AND NOWAK, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (815/25) CA 24-01767.

[*1]M.H., AN INFANT, BY HIS MOTHER AND NATURAL GUARDIAN, SHANIQUE B., AND SHANIQUE B., INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, 
vMAGDI E. SAYEGH, M.D., ADEL E. CHOUCHANI, M.D., AND CHOUCHANI, SAYEGH & BAGNARELLO, M.D., LLP, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.